FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Diamond Sawblades Manufacturers Coalition v United States

Nos. 15-1216, 15-1224

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
　　　____Pro Se　　__X__As counsel for:　　Hyosung D&P Co., Ltd.
　　　　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):
　　　_____Petitioner　_____Respondent　_____Amicus curiae　_____Cross Appellant
　　　__X__Appellant　_____Appellee　_____Intervenor

As amicus curiae or intervenor, this party supports (select one):
　　　_____Petitioner or appellant　_____Respondent or appellee

My address and telephone are:
　　　Name:　　　　　　　Jeffrey S. Grimson
　　　Law firm:　　　　　Mowry & Grimson, PLLC
　　　Address:　　　　　 5335 Wisconsin Ave., NW, Suite 810
　　　City, State and ZIP:　Washington, DC 20015
　　　Telephone:　　　　 202-688-3610
　　　Fax #:　　　　　　 202-595-8968
　　　E-mail address:　　jsg@mowrygrimson.com

Statement to be completed by counsel only (select one):
　　　__X__ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
　　　_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
　　　_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 29, 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
　　　_____Yes　__X__No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 12, 2015　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. Grimson
Date　　　　　　　　　　　　　　　　　　　　　　　　Signature of pro se or counsel

**FORM 30.  Certificate of Service**

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on January 12, 2015 by:

__  U.S. Mail

__  Fax

__  Hand

X   Electronic Means (by email or CM/ECF)


<u>Jeffrey S. Grimson</u>                           <u>/s/ Jeffrey S. Grimson</u>
Name of Counsel                              Signature of Counsel


Law Firm:   <u>Mowry & Grimson, PLLC</u>

Address:    <u>5335 Wisconsin Avenue, NW, Suite 810</u>

Telephone Number:      (202) 688-3610

Fax Number:            (202) 595-8968

Email Address:         trade@mowrygrimson.com


NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an /s/ and typed in the space where the signature would otherwise appear.  Graphic and other electronic signatures are discouraged.