**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Diamond Sawblades Manufacturers Coaltion v. United States

No. 15-1216, 15-1224

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Shinhan Diamond Industrial Co., Ltd.; SH Trading, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☐ Appellee   ☑ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☑ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: David J. Townsend
Law firm: Perkins Coie LLP
Address: 700 Thirteenth Street, NW, Suite 600
City, State and ZIP: Washington, DC 20005
Telephone: 202-654-6302
Fax #: 202-654-9985
E-mail address: dtownsend@perkinscoie.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 26, 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/12/2015                              /s/David J. Townsend
Date                                   Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   Jan 12, 2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| Michael P. House | /s/ Michael P. House |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm　Perkins Coie LLP

Address　700 Thirteenth Street, Suite 600

City, State, ZIP　Washington, D.C.  20005

Telephone Number　202.654.6288

FAX Number　202.654-9667

E-mail Address　mhouse@perkinscoie.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.