NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Plaintiff,*

AND

**HYOSUNG D&P CO., LTD.,**
*Plaintiff-Appellant,*

AND

**EHWA DIAMOND INDUSTRIAL CO., LTD.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**SH TRADING, INC. AND SHINHAN DIAMOND INDUSTRIAL CO. LTD.,**
*Defendants-Appellees.*

---

2015-1216, -1224

---

Appeals from the United States Court of International Trade in No. 1:06-cv-00248-RKM, 1:09-cv-00508-RKM, 1:09-cv-00509-RKM, 1:09-cv-00510-RKM, Senior Judge R. Kenton Musgrave.

_____

**ON MOTION**
_____

**O R D E R**

Upon consideration of Ehwa Diamond Industrial Co., Ltd.'s motion to reform the caption,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Ehwa Diamond Industrial Co., Ltd. and Hyosung D&P Co. Ltd.'s opening briefs are due no later than March 6, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26